UNITED STATES of America, Plaintiff–Appellee,

v.

John Charles THOMAS, Defendant–Appellant.

No. 04–30628.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 1, 2005.

Cristina Walker, Assistant U.S. Attorney, Kevin Zolot, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Harold C. Gilley, Jr., Gilley & Gilley, Shreveport, LA, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

John Charles Thomas appeals from his jury-trial convictions for being a felon in possession of a firearm and ammunition. Thomas argues that the district court erred in denying his motion to suppress the evidence underlying his convictions. Specifically, Thomas contends that investigating officers lacked reasonable suspicion

to conduct a pat-down search. Thomas further challenges the officers' credibility, asserting that they testified to facts supporting the search for the first time at the hearing on the motion to suppress.

The evidence presented at the suppression hearing supports the district court's finding that the officers had reasonable suspicion to conduct a pat-down search. *See United States v. Webster*, 162 F.3d 308, 332 (5th Cir.1998). Because we will not disturb the district court's witness credibility findings, we reject Thomas's challenge to the veracity of the officers' suppression hearing testimony. *United States v. Garza*, 118 F.3d 278, 282–83 (5th Cir.1997).

AFFIRMED.